UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 27, 2013

_____

No. 13-2123
(8:12-cv-03448-AW)

_____

INTERNATIONAL FEDERATION OF PROFESSIONAL & TECHNICAL ENGINEERS; TIMOTHY PERSONS; DENNIS ROTH; NINA SERAFINO; NANCY KINGSBURY

   Plaintiffs - Appellees

v.

KAREN L. HAAS, Clerk, United States House of Representatives

   Defendant - Appellant

 and

UNITED STATES OF AMERICA; NANCY ERICKSON, Secretary, United States Senate; TERRANCE W. GAINER, Sergeant at Arms, United States Senate

   Defendants

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Cathy Tyree, Deputy Clerk
804-916-2704